# EXHIBIT LIST

Exhibit 1 – Preliminary Hearing Transcript

Exhibit. 2 – Criminal Proceedings Registers of Actions

Exhibit 3 – Competency Hearing

Exhibit 4 – Bench Trial Transcript Day 1

Exhibit 5 – Bench Trial Transcript Day 2

Exhibit 6 – Sentencing Transcript

Exhibit 7 – Michigan Court of Appeals Opinion

Exhibit 8 – Michigan Supreme Court Opinion

Exhibit 9 – *Barmapov v. Barry*, 2011 W.L. 32371 (E.D. N.Y. 2011)

Exhibit 10 – *Fox v. Michigan State Police Dept.*, 173 Fed. Appx. 372 (6th Cir. 2006)

Exhibit 11 – *Davis v. Muncy*, 976 F.2d 733 (6th Cir. 1992)

Exhibit 12 – *Bynum v. City of Oklahoma City*, 2005 W.L. 1241893 (W.D. Okla. 2005)

Exhibit 13 – *Bynum v. City of Oklahoma City* 204 Fed. Appx. 767 (10th Cir. 2006)

Exhibit 14 – *Brown v. City of Detroit*, 47 Fed. Appx. 339 (6th Cir. 2002)

Exhibit 15 – *United States v. Dossey*, 66 Fed. Appx. 528 (6th Cir. 2003)

Exhibit 16 – *Howard v. Burt* 2017 W.L. 3425900 (E.D. Mich. 2017)

Exhibit 17 – *Jarrett v. Township of Bensalem*, 312 Fed. Appx. 505 (3rd Cir. 2009)

Exhibit 18 – *Mote v. City of Chelsea*, 2018 W.L 262855 (E.D. Mich. 2018)

Exhibit 19 – *Clemons v. Gaines*, 2007 WL 4547862 (E.D. Mich. 2007)

Exhibit 20 – *Neal v Anspaugh-Kisner*, 2008 WL 506336 (E.D. Mich. 2008)

Exhibit 21 – *Fitts v. Burt*, 2008 WL 842705 (E.D. Mich. 2008)

Exhibit 22 – *Skinner v. Unknown Grandson*, 2006 WL 1997392 (E.D. Mich. 2006)

Exhibit 23 – *Siner v. City of Detroit*, 2017 W.L. 1190946 (E.D. Mich. 2017)