**INDEX OF EXHIBITS**

Ex. 1 – Criminal Proceedings Registers of Actions

Ex. 2 – Competency Hearing

Ex. 3 – Bench Trial Transcript Day 2

Ex. 4 – Initial Disclosures

Ex. 5 – Email

Ex. 6 – *Davis-Bey v. City of Warren*, 2017 W.L. 1230509 (E.D. Mich., April 4, 2017).

Ex. 7 – *Medina v. Morris*, 2014 W.L. 12686743 (S.D. Cal., April 11, 2014).

Ex. 8 – *Stout v. Long*, 2018 W.L. 1322051 (W.D. Okla., March 14, 2018).

Ex. 9 – *Cox v Sherman Capital LLC*, 2013 W.L. 2432148 (S.D. Ind., June 4, 2013).

Ex. 10 – *Salsman v. Access Sys. Americas, Inc.*, 2010 W.L. 3743765 (N.D. Cal., September 17, 2010).

Ex. 11 – *Sprint Sols. Inc. v. Liao*, 2014 W.L. 12508592 (SD Cal, December 8, 2014).

Ex. 12 – Letter from Wayne County Prosecutor Office

Ex. 13 – Hearing Trans.

Ex. 14 – *Franklin v. Messmer*, 111 Fed. Appx. 386 (6th Cir. 2004).

Ex. 15 – *Simmons v. Napier*, 626 Fed. Appx. 129 (6th Cir. 2015).

Ex. 16 – *Watkins v. County of Genesee*, 2016 W.L. 727855 (E.D. Mich. Feb. 24, 2016).

Ex. 17 – *Campbell v. Mack*, 2017 W.L. 5150883, at *3 (E.D. Mich., November 7, 2017).

Ex. 18 – Russell Rough Draft Trans.

Ex. 19 – *Green v City of Southfield*, 2018 W.L. 1185278 (E.D. Mich., March 7, 2018).

Ex. 20 – *Dorchen/Martin Assoc., Inc. v. Brook of Cheboygan*, 2012 W.L. 12929892 (E.D. Mich., May 29, 2012).

Ex. 21 – Southfield Records

Ex. 22 – Tolbert Trans.