# EXHIBIT 21

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

RECEIVED
DEC 0 1 2017
BY: ____

| | |
|---|---|
| Davontae Sanford | ) |
| *Plaintiff* | ) |
| v. | ) |
| City of Detroit, et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.  2:17-cv-13062

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Southfield Police Department, 26000 Evergreen, P.O. Box 2055, Southfield, MI 48037

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All investigative reports involving James Tolbert; all communications between the Southfield Police Department and the Detroit Police Department referencing James Tolbert; all communications between the Michigan State Police and the Southfield Police Department referencing James Tolbert.

| Place: Neufeld Scheck & Brustin, LLP | Date and Time: |
|---|---|
| 99 Hudson Street, 8th Floor | |
| New York, NY 10013 | 11/29/2017 1:28 pm |

DOB-
DOI-

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/29/2017

*CLERK OF COURT*

OR        *[signature]*

_____        _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff, Davontae Sanford, who issues or requests this subpoena, are:

Meghna Philip, Neufeld Scheck & Brustin, LLP, 99 Hudson Street, New York, NY 10013, meghna@nsbcivilrights.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Sanford_Southfield_000001**

**State of Michigan**
**Uniform Law Citation**

Ticket No. **16SO05826**

☐ Victim Involved

US DOT #

Incident No. **16-033801**

Dept. No. 0751

The People of: ☐ the State of Michigan
☐ Township ☒ City ☐ Village ☐ County

Local Use/Arrest No.

Detention Device

OF: SOUTHFIELD

BAC

1 of 1

| THE UNDERSIGNED SAYS THAT ON: | Month 08 | Day 20 | Year 16 | At approximately 07:06 | ☐ A.M. ☒ P.M. | Date of Birth | Month 04 | Day 23 | Year 69 |

| State MI | ☒ Oper./Chauff ☐ CDL | Driver License Number ▓▓▓▓▓▓ | | SSN (last 4 digits) |

| Race B | Sex M | Height 5'06" | Weight 150 | Hair | Eyes BRO | Occupation/Employer |

Name (First, Middle, Last)
JAMES TOLBERT

Street ▓▓▓▓▓▓▓▓

State ▓▓▓▓

Zip Code 48033-3625

| Vehicle Plate No. ▓▓▓▓ | Year | State ▓▓▓ | Vehicle Description (Year, Make, Color) ▓▓▓▓▓▓ | Veh. Type P | A |

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

UPON  TELEGRAPH RD

AT OR NEAR  W TWELVE MILE RD

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF  SOUTHFIELD

COUNTY OF  OAKLAND          DID THE FOLLOWING

| | Type | MCL Cite/PACC Code/ Ordinance | Description (Include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|---|
| ☐ C/I ☒ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization pend. 09919 | DROVE UNREGISTERED VEHICLE | 1 |
| ☒ C/I ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization pend. Ord.: 08400 | DISOBEY TRAFFIC SIGNAL/FLASHERS | 2 |
| ☒ C/I ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization pend. 09600 | NO PROOF OF INSURANCE | 3 |

**TO THE COURT:** Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)

1 _____ 2 _____ 3 _____

Key for Type:  C/I = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive
Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

Remarks: DISOBEYED TRAFFIC SIGNAL/ POSTED SIGN
(NO TURN ON RED) TEL SOUTH OF W12MILE
UNREG VEH (PURCHASED IN DEC 2016)
NO INS (WG33)

CHECK IF APPROPRIATE ☐ Damage to Property   ☐ Local Court Bond $ _____
☐ Vehicle Impounded   ☐ Injury   ☐ License Posted in Lieu of Bond
☐ Traffic Crash   ☐ Death   ☐ Appearance Certificate
Person in Active Military Service  ☐ Yes ☒ No   ☒ None

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before  09/05/2016 @0830 AM

Hearing Date (if applicable) on _____   ☐ Contact Court
☐ Juvenile Traffic Misd. (Court will Notify)   ☐ Formal Hearing Required. (Court will Notify)

In the  46TH DISTRICT COURT  Court of  SOUTHFIELD

Court Address & Phone Number  46TH DISTRICT COURT
26000 EVERGREEN ROAD
(248) 796-5860   SOUTHFIELD, MI 48076

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable).
I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

| Complainant's Signature and receipt if applicable ROESKE | Month 08 | Day 20 | Year 16 |

Officer's Name (printed)  ROESKE          Officer's ID No.  108

| Agency ORI MI- 6375100 | Agency Name  SOUTHFIELD PD |

UC-01a   Payment:
(rev. 6/05)

Ticket 16SO05826

Name  TOLBERT, JAMES

Case No.

CR No: 150026766

| Offenses: | | |
|---|---|---|
| 2304 - Larceny - Parts & Accessories from Vehicle - LFA (SOMADGYV) (11052) | | |

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 23G - Theft of Motor Vehicle Parts/Accessories / A | 23006 - LARCENY -THEFT OF MOTOR VEHICLE PARTS/ACCESSORIES | |

| Crime Against | Location Type | Offense Completed |
|---|---|---|
| PR | 13 - Highway/Road/Alley/Sidewalk | Completed |

| Domestic Violence | Hate/Bias | |
|---|---|---|
| No | 00 - None (No Bias) | |

| Using | | Cargo Theft |
|---|---|---|
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | | |

| People: | | | | |
|---|---|---|---|---|

## SUSPECT, UNKNOWN   (S-SUSPECT)   [SOMADGYV (11052)]

| Last Name | First Name | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|
| SUSPECT | UNKNOWN | | | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | U | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| | | | UNKNOWN | |

## TOLBERT, JAMES   (V-VICTIM)   [SOMADGYV (11052)]

| Victim Type | Victim of |
|---|---|
| I - Individual | 2304 - Larceny - Parts & Accessories from Vehicle - LFA |

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | TOLBERT | JAMES | | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | ▆▆▆▆▆▆ | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 04/23/1969 (46) | M | BLACK | | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| | | | 5' 6" | 150 | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| ▆ | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| ▆▆▆ | ▆▆▆ | ▆▆▆ | ▆▆▆ | |

| Victim Injury |
|---|
| |

### Victim Offender Relationships

| Offender | Type | Relationship |
|---|---|---|
| SUSPECT, UNKNOWN | S-SUSPECT | 99-Relationship Unknown |

## MADGY, VICTORIA   (O-OTHER) (L-POLICE OFFICER)   [SOMADGYV (11052)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | MADGY | VICTORIA | | | OFFICER |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 26000 Evergreen | | OAKLAND | USA | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| Southfield | MI | 48037 | | |

| Phone/Email |
|---|
| |

Created On 12/07/2017 10:17 AM

**Sanford_Southfield_000010**

| Offenses: |
|---|

**13B-Assault Battery Simple (incl Domestic and Police Officer**

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 13B - Simple Assault / A | 13001 - NONAGGRAVATED ASSAULT | |
| Crime Against | Location Type | Offense Completed |
| PE | 20 - Residence/Home | Completed |
| Domestic Violence | Hate/Bias | |
| Yes | 00 - None (No Bias) | |
| Using | | Cargo Theft |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | | |
| Entry | | |
| N - No Force Used | | |
| Weapons | | |
| 40 - 40 - Personal Weapons (Hands, Feet, Teeth, et | | |
| Criminal Activity | | |
| N - None/Unknown | | |

**5012 - Probation Violation [SOMILLERE (0498D)]**

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 90Z - All Other Offenses / B | 50000 - OBSTRUCTING JUSTICE | |
| Crime Against | Location Type | Offense Completed |
| | 11 - Government/Public Building | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | Cargo Theft |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | | |

**5099 - Obstruct (Other) [SOTHAYERC (05355)]**

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 90Z - All Other Offenses / B | 50000 - OBSTRUCTING JUSTICE | |
| Crime Against | Location Type | Offense Completed |
| | 11 - Government/Public Building | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | Cargo Theft |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | | |

| People: |
|---|

**TOLBERT, JAMES   (A-ARRESTEE)**

| Last Name | | First Name | | Middle Name | | Suffix | | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|
| TOLBERT | | JAMES | | | | | | |
| Aliases | | | Driver License# | | DL State | DL Country | Personal ID# | |
| | | | T416367000313 | | MI | USA | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship | |
| 04/23/1969 (41) | M | BLACK | Unknown | | | | | |
| Eye Color | | Hair Color | | Hair Style | | Hair Length | | Facial Hair |
| Brown | | | | | | | | |
| Complexion | Build | | Teeth | | Height | | Weight | Attire |
| | | | | | | | | |
| Held For | Finger Prints | Photos | | Miranda Read | Miranda Waived | Number of Warrants | FBI# | |
| | No | No | | No | No | | | |
| Street Address | | | Apt # | County | | Country | Home Phone | Work Phone |
| ████████████ | | | | | | USA | | |
| City | | | State | Zip | | Cell Phone | | Email |
| ████████ | | | | ████████ | | | | |

## ARREST SLIP FOR CONFINEMENT IN SOUTHFIELD JAIL

SUBJECT'S NAME _TOLBERT    JAMES_____ MAIDEN: _____

                  Last     First     Middle

ADDRESS: _26070 EMMETT_____ _SOUTHFIELD_____ _48034___

               Street           City       State   Zip

HOME PHONE: _____ CELL PHONE: _____

D.O.B.: _4-23-1969_ RACE: _B__ SEX: _M__ BIRTH CITY& STATE ██████████

HGT: _5'6_ WGT: _145_ EYE: _BRO_ HAIR: _BLK_ GLASSES/CONTACTS: _____

OPS CODE: _____ STATE: _____ SOCIAL SEC #: _____

SCARS/TATTOOS: _____

EMERGENCY CONTACT: |██████████████ RELATIONSHIP: ███████

ADDRESS: _____

               Street           City      State   Zip

PHONE #: ████████████

DATE: _7-15-2013_ ARRESTING P.O: _____ BADGE: _____

                                            Print Name

COMPL#: _110015170_____ CHARGES: 1) _DV (Var)_____ F/M

2)_____ F/M   3)_____ F/M

4)_____ F/M   5)_____ F/M

IF SFLD WARRANTS ENTER COMPL # & ORIGINAL CHARGE BELOW:

1)_____ F/M   2)_____ F/M

3)_____ F/M   4)_____ F/M

WARRANTS OTHER AGENCIES: _____

_____

ARRESTING OFFICER'S SIGNATURE: _____

NEEDS GOOD ID OR PRINT VERIFICATION:  YES    NO        _LIQUOR SOUR_

OWI/INTOX RELEASE TIME: _____      _$1,500 C/S_

REVIEWED BY: _____ BOND: _____

ORIGINAL – JAIL COPY    DUPLICATE – OFFICER COPY

## ARREST SLIP FOR CONFINEMENT IN SOUTHFIELD JAIL

SUBJECT'S NAME __TOLBERT      JAMES__ _____ MAIDEN: _____
                             Last          First       Middle

ADDRESS: __26670 EMMETT      SOUTHFIELD      48034__
                   Street          City      State    Zip

HOME PHONE: _____ CELL PHONE: _____

D.O.B: __4-23-1969__ RACE: __B__ SEX: __M__ BIRTH CITY & STATE: ████████████

HGT: __5'6__ WGT: __145__ EYE: __BRO__ HAIR: __BLK__ GLASSES/CONTACTS: _____

OPS CODE: _____ STATE: ____ SOCIAL SEC #: _____

SCARS/TATTOOS: _____

EMERGENCY CONTACT: ████████████ RELATIONSHIP: ██████

ADDRESS: _____
               Street        City     State    Zip

PHONE #: ████████████

DATE: __7-15-2013__ ARRESTING P.O: _____ BADGE: _____
                                   Print Name

COMPL#: __110015170__ CHARGES: 1) __DV (V&#x24c4;e)__ F/M

2) _____ F/M 3) _____ F/M

4) _____ F/M 5) _____ F/M

IF SELD WARRANTS ENTER COMPL # & ORIGINAL CHARGE BELOW:

1) _____ F/M 2) _____ F/M

3) _____ F/M 4) _____ F/M

WARRANTS OTHER AGENCIES: _____

ARRESTING OFFICER'S SIGNATURE: _____

NEEDS GOOD ID OR PRINT VERIFICATION: YES   NO         40,05

OWI/INTOX RELEASE TIME: _____

REVIEWED BY: _____ BOND: _____

ORIGINAL – JAIL COPY    DUPLICATE – OFFICER COPY

**Sanford_Southfield_000032**

07/15/13 | 11:59:18 | MIDRS | TOLBERT,JAMES,,

Queried: TOLBERT, JAMES

Response: TOLBERT, JAMES

**Statistics Summary**

| | | | |
|---|---|---|---|
| DOB: 04/23/1969 | Race: N/A | Sex: M | Skin  Tone:N/A |
| Height: 5-06 | Weight: N/A | Eyes: BRO | Hair: N/A |
| OLN | Stat | Effective: | Ex |

**Address Summary**

26670  EMMETT  ST SOUTHFIELD,, MI 48033-3625

***NOTICE*** State and federal law restrict the use of driver's license images. Images can only be used for the identification of subjects in a criminal proceeding or for victim identification. Misuse of images may result in criminal and/or civil penalties. Contact your LEIN TAC for more information.

**Associated Image(s)**



Copy Image    Save Image    Contact Info

# SOUTHFIELD POLICE DEPARTMENT

## ARCHIVED COMPUTER INFORMATION FOR 06-081475

ARRESTED

TOLBERT,JAMES,III                                              MNI: A000053994

████████████████     ████████████

**JACKET#: 0025088**
**B/M 23-04-1969**        HGT: 506-        WGT: 160-        EYES:BRO        HAIR:BLK        BLD:MED
                         SKIN:DRK        ETH:            FBI#:                           ST NBR:
BIRTHPLACE: ████████████

BOOKING #: 06003827
ARREST DATE/TIME : 11/30/2006 3:02:00 AM        BOOKING DATE/TIME: 11/30/2006 4:24:00 AM
ARRESTED AT:  26670 EMMETT                      HOW ARRESTED : T
REMARKS :
ARRESTED BY:        5258  -VANLACKEN,DANIEL,D
ASSISTED BY :       5329  -BIGGENS,SAMUEL Q III

CHARGES:
    CHARGE: 1302- ASSAULT FAMILY W/OTHER WEAPON

DL/SS/SMT/OTHER Info:
    OPS:
    SOC SEC #:      ████████████

NAMES USED:
    TOLBERT,JAMES,III

ALL SYSTEM ACTIVITIES:
    ACT    DESC                    DATE            CFS     INC#
    ARR    ASSAULT FELONIOUS       11/30/2006      13002   06-081475

ALL WARRANT ACTIVITY:
    WARRANT             ISSUE DATE        CLEAR DATE    STAT    WARRANT#
_____

**Sanford_Southfield_000043**

# SOUTHFIELD POLICE DEPT.
26000 Evergreen, Southfield, MI 48076
Phone: 248-796-5500        ORI # MI6375100

## INCIDENT / PROSECUTION REPORT

PO # _____    ☐ PRIMARY  ☐ SUPP   PAGE _2_ OF _5_

| 01 | DATE 11/13/006 | DAY TUU | SHIFT 01 | PLAT MY | BADGE 1 16 | BADGE 2 | UCR | ADMIN | YEAR 06 | INCIDENT # 81475 |

| 02 | RECEIVED 01310/2 | DISPATCHED 01310/8 | ARRIVED 013/21 | COMPLETED 000600 | DATE(S) OCCURRED 11/13/006 | TIME(S) OCCURRED 02140 | HOUR 02 | DAY TUU |

03 LOCATION / ADDRESS ▓▓▓   LOCATION 2 (INTERSECTING STREET)

04 CITY ▓▓▓   STATE MI   ZIP ▓▓   CODE   BUSINESS NAME   BUSINESS PHONE

05 ESTAB CODE 1000 | ORIGIN ☐PHONE ☐FOP | PERSON ☑911 | HOW ACTIVATED ☐FOP ☐PERSON ☐MOT ☑DISP ☐OTHER | REPORT TAKEN ☑SCENE ☐STATION | REC BADGE | DISP BADGE | UNIT 1 M-5 | UNIT 2

06 NATURE OF INCIDENT #1  Domestic Assault   ATT☐  CRIME CLASS 13001 ...

07 NATURE OF INCIDENT #2

08 NATURE OF INCIDENT #3

09 NATURE OF INCIDENT #4

10 CODE 314 | 01 | Norman Athalie Sacita | R W | 10/24/67 | 39 |

12 ...

14 PE CODE 14560 | 01 | Talbert James | B M | 01/23/69 | 37 |

16 HEIGHT 506 | WEIGHT 160 | EYES BRO | HAIR BLK | ...

21 CODES E | DESCRIPTION .40 cal | PROP TYPE 131 | QUANTITY 1 | YEAR | MAKE Glock | MODEL 22

22 STYLE | COLOR(S) BLK | SERIAL/VIN # 01345DPD

24 COMMENTS (2) magazine and 14 rounds

Form 102 | INVESTIGATING OFFICER(S) #16  VanZacker | REVIEWED BY | ATTENTION TO 488 | I affirm the above information is true and correct.  O.I.C. Signature _____

```
*********************************************************************
            SOUTHFIELD POLICE DEPARTMENT
               SFPD INTERNAL HISTORY
A-000053994           11/30/06  04:26                     Page 1
*********************************************************************

TOLBERT,JAMES,III          BLACK/MALE/37-04/23/69  5'06"  160LBS
                           BROWN EYES, BLACK HAIR
[REDACTED]                 DARK SKIN, MEDIUM BUILD

MNI-ID#: A-000053994   SBI#:              SS# [REDACTED]
Jacket#: 0025088       FBI#:              DL#: [REDACTED]
-----------------------------------------------------------------
ARRESTS

Arrested   Booking#   Call#    Upt.Charge   Description        S
11/30/06   06-003827  06-081475 1302        ASSAULT FAMILY OTH O
-----------------------------------------------------------------
```

# 277668

**The circumstances of the arrest and the condition of the prisoner have been reviewed by:**

Bond Amount: No Bond
Condition of Prisoner: _____
Fingerprints _____   Photo _____

Who notified of detention _____   Telephone # _____   Date/Time _____

Inmate #: _____   TCN/CTN#: _____

PACC Code: _____   Ordinance: _____   Date of Offense: _____

Date of Release _____   Time _____   Reason _____

Arraignment Date _____   Charge _____   Judge _____   Plea _____   Disposition _____

B
O
N
D
S

# SOUTHFIELD POLICE DEPT.

26000 Evergreen, Southfield, MI 48076
Phone: 248-354-4720    ORI # MI6375100

## ADDITIONAL SUSPECTS

PO#: _____   ☐ PRIMARY  ☒ SUPP   PAGE _1_ OF _

| 01 | DATE | | DAY | SHIFT | PLAT | BADGE 1 | | BADGE 2 | | UCR | | ADMIN | | YEAR | | INCIDENT # |
|----|------|--|-----|-------|------|---------|--|---------|--|-----|--|-------|--|------|--|-----------|
| | 12 15 05 | | T | MU | 02 | 6381 | | | | | | | | 05 | | 766695 |

CODES (1)REPTD BY (2)OWNER  (3)VICT  (4)PERS INTERV  (5)ARREST  (6)SUSP  (7)MISS'G  (8)WITN  (9)SECUR'D BY  (O)JUV ARREST  (D)DRIVER  (P)PASSNGR  (R)RESPONSIBLE  (S)SUMMONED  (X)MISC

| 02 | PE | | CODE | | OFN # | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | | | | RAC | SEX | DOB | | | AGE |
|----|----|--|------|--|-------|------------------------------------|--|--|--|--|--|--|-----|-----|-----|--|--|-----|
| | 6 | | 01 | | 011 | TOLBERT  JAMES III | | | | A49311 | | | B | M | 04 23 69 | | | 36 |

| 03 | ADDRESS | (DIRECTION, STREET, SUFFIX, QUALIFIER) | | CITY | | | STATE | ZIP |
|----|---------|----------------------------------------|--|------|--|--|-------|-----|
| | | | | | | | | |

| 04 | HOME PHONE | | BUSINESS PHONE | | HEIGHT | WEIGHT | EYES | HAIR | LENGTH | STYLE | BUILD | SKIN TONE |
|----|-----------|--|----------------|--|--------|--------|------|------|--------|-------|-------|-----------|
| | | | | | 5 10 | 165 | BRO | BLK | 1 | NAT | MED | MED |

| 05 | STATE | DRIVER'S LICENSE # | | SOC SEC # | | SID # | | FBI # | | MISC # |
|----|-------|--------------------|--|-----------|--|-------|--|-------|--|--------|
| | | | | | | | | | | |

| 06 | ALIAS (MAIDEN NAME) | | COMMENTS / CLOTHING / ETC | | VIOLATION |
|----|---------------------|--|---------------------------|--|-----------|
| | | | | | |

| 07 | ARREST CHRG 1 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS | ARREST CHRG 3 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS |
|----|---------------|-------------|------|---------|---------|----|-----|---------------|-------------|------|---------|---------|----|-----|
| | | | | | | | | | | | | | | |

| 08 | ARREST CHRG 2 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS | ARREST CHRG 4 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS |
|----|---------------|-------------|------|---------|---------|----|-----|---------------|-------------|------|---------|---------|----|-----|
| | | | | | | | | | | | | | | |

| 09 | OST | MON | CLR | ARMED AT ARREST | ORIGIN ☐FOP ☐MDT | ☐DISP ☐PER ☐TEL | STATUS  1 ☐JAILED  3 ☐APPEARANCE TCKT  2 ☐RELEASED  4 ☐NOT ARRESTED | FINGERPRINTS ☐YES ☐NO | CHR ☐YES ☐NO | ACTION REQUESTED  1 ☐ARREST WARRANT  3 ☐PADLOCK  5 ☐FORFEITURE  2 ☐SEARCH WARRANT  4 ☐INJUNCTION  6 ☐OTHER |
|----|-----|-----|-----|-----------------|------------------|------------------|--------------------------------------------------------------------|----------------------|--------------|------------------------------------------------------------------------------------------------------------|
| | | | | | | | | | | |

| 10 | COMMENTS / CLOTHING |
|----|---------------------|
| | |

| 02 | PE | | CODE | | OFN # | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | RAC | SEX | DOB | | AGE |
|----|----|--|------|--|-------|------------------------------------|--|--|--|-----|-----|-----|--|-----|
| | | | | | | | | | | | | | | |

| 03 | ADDRESS | (DIRECTION, STREET, SUFFIX, QUALIFIER) | | CITY | | | STATE | ZIP |
|----|---------|----------------------------------------|--|------|--|--|-------|-----|
| | | | | | | | | |

| 04 | HOME PHONE | | BUSINESS PHONE | | HEIGHT | WEIGHT | EYES | HAIR | LENGTH | STYLE | BUILD | SKIN TONE |
|----|-----------|--|----------------|--|--------|--------|------|------|--------|-------|-------|-----------|
| | | | | | | | | | | | | |

| 05 | STATE | DRIVER'S LICENSE # | | SOC SEC # | | SID # | | FBI # | | MISC # |
|----|-------|--------------------|--|-----------|--|-------|--|-------|--|--------|
| | | | | | | | | | | |

| 06 | ALIAS (MAIDEN NAME) | | COMMENTS / CLOTHING / ETC | | VIOLATION |
|----|---------------------|--|---------------------------|--|-----------|
| | | | | | |

| 07 | ARREST CHRG 1 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS | ARREST CHRG 3 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS |
|----|---------------|-------------|------|---------|---------|----|-----|---------------|-------------|------|---------|---------|----|-----|
| | | | | | | | | | | | | | | |

| 08 | ARREST CHRG 2 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS | ARREST CHRG 4 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS |
|----|---------------|-------------|------|---------|---------|----|-----|---------------|-------------|------|---------|---------|----|-----|
| | | | | | | | | | | | | | | |

| 09 | OST | MON | CLR | ARMED AT ARREST | ORIGIN ☐FOP ☐MDT | ☐DISP ☐PER ☐TEL | STATUS  1 ☐JAILED  3 ☐APPEARANCE TCKT  2 ☐RELEASED  4 ☐NOT ARRESTED | FINGERPRINTS ☐YES ☐NO | CHR ☐YES ☐NO | ACTION REQUESTED  1 ☐ARREST WARRANT  3 ☐PADLOCK  5 ☐FORFEITURE  2 ☐SEARCH WARRANT  4 ☐INJUNCTION  6 ☐OTHER |
|----|-----|-----|-----|-----------------|------------------|------------------|--------------------------------------------------------------------|----------------------|--------------|------------------------------------------------------------------------------------------------------------|
| | | | | | | | | | | |

| 10 | COMMENTS / CLOTHING |
|----|---------------------|
| | |

| 02 | PE | | CODE | | OFN # | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | | RAC | SEX | DOB | | AGE |
|----|----|--|------|--|-------|------------------------------------|--|--|--|-----|-----|-----|--|-----|
| | | | | | | | | | | | | | | |

| 03 | ADDRESS | (DIRECTION, STREET, SUFFIX, QUALIFIER) | | CITY | | | STATE | ZIP |
|----|---------|----------------------------------------|--|------|--|--|-------|-----|
| | | | | | | | | |

| 04 | HOME PHONE | | BUSINESS PHONE | | HEIGHT | WEIGHT | EYES | HAIR | LENGTH | STYLE | BUILD | SKIN TONE |
|----|-----------|--|----------------|--|--------|--------|------|------|--------|-------|-------|-----------|
| | | | | | | | | | | | | |

| 05 | STATE | DRIVER'S LICENSE # | | SOC SEC # | | SID # | | FBI # | | MISC # |
|----|-------|--------------------|--|-----------|--|-------|--|-------|--|--------|
| | | | | | | | | | | |

| 06 | ALIAS (MAIDEN NAME) | | COMMENTS / CLOTHING / ETC | | VIOLATION |
|----|---------------------|--|---------------------------|--|-----------|
| | | | | | |

| 07 | ARREST CHRG 1 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS | ARREST CHRG 3 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS |
|----|---------------|-------------|------|---------|---------|----|-----|---------------|-------------|------|---------|---------|----|-----|
| | | | | | | | | | | | | | | |

| 08 | ARREST CHRG 2 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS | ARREST CHRG 4 | ARREST DATE | PLAT | BADGE 1 | BADGE 2 | FM | DIS |
|----|---------------|-------------|------|---------|---------|----|-----|---------------|-------------|------|---------|---------|----|-----|
| | | | | | | | | | | | | | | |

| 09 | OST | MON | CLR | ARMED AT ARREST | ORIGIN ☐FOP ☐MDT | ☐DISP ☐PER ☐TEL | STATUS  1 ☐JAILED  3 ☐APPEARANCE TCKT  2 ☐RELEASED  4 ☐NOT ARRESTED | FINGERPRINTS ☐YES ☐NO | CHR ☐YES ☐NO | ACTION REQUESTED  1 ☐ARREST WARRANT  3 ☐PADLOCK  5 ☐FORFEITURE  2 ☐SEARCH WARRANT  4 ☐INJUNCTION  6 ☐OTHER |
|----|-----|-----|-----|-----------------|------------------|------------------|--------------------------------------------------------------------|----------------------|--------------|------------------------------------------------------------------------------------------------------------|
| | | | | | | | | | | |

| 10 | COMMENTS / CLOTHING |
|----|---------------------|
| | |

| INVESTIGATING OFFICER(S) | REVIEWED BY | ATTENTION TO | I affirm the above information is true and correct. |
|--------------------------|-------------|--------------|------------------------------------------------------|
| Wojciechowski  ##87 | | | O.I.C. Signature _____ |

Form
I04
10-88

**SOUTHFIELD POLICE DEPARTMENT**

**ARCHIVED COMPUTER INFORMATION FOR 00-046954**

ARRESTED

**TOLBERT,JAMES III**                                                MNI: A000013880

████████████        RN    ,DESK
                    ( )   -

**JACKET#: 0005919**
B/M 23-04-1969      HGT: 506-      WGT: 165-      EYES:BRO      HAIR:BLK      BLD:MED
                    SKIN:DBR       ETH:           FBI#:                       ST NBR:
BIRTHPLACE:

**BOOKING #: 00002482**
ARREST DATE/TIME : 9/20/2000 3:52:00 AM          BOOKING DATE/TIME: 9/20/2000 3:52:00 AM
ARRESTED AT:  25690 SHIAWASSEE,130              HOW ARRESTED : O
REMARKS :
ARRESTED BY:        5331 -RIVERA,ROLANDO
ASSISTED BY :       5213 -KENNEDY,AUTUMN,L

**CHARGES:**
      CHARGE: 1303- ASSAULT FAMILY -STRONG ARM
      CHARGE: 5297- CCW POSSESS OR USE FIREARM UND

**COMMENTS:**
      James Tolbert  Incident 00/46954  Pros. Order #00-46806
      10/06/00 Case Closed. Warrant denied by Prosecutor.
      Insufficient Evidence.

**OTHER ADDRESSES USED:**
      ████████████████████████████████████

**DL/SS/SMT/OTHER Info:**
      OPS:
      SOC SEC #:        ██████████████████

**NAMES USED:**
      TOLBERT,JAMES III

**ALL SYSTEM ACTIVITIES:**
| ACT | DESC | DATE | CFS | INC# |
|-----|------|------|-----|------|
| VIC | ASSAULT FELONIOUS | 12/04/2005 | 13002 | 05-076695 |
| SUS | ASSAULT FELONIOUS | 12/04/2005 | 13002 | 05-076695 |
| ARR | ASSAULT FELONIOUS-DOMESTI | 09/20/2000 | 13002D | 00-046954 |

**ALL WARRANT ACTIVITY:**
| WARRANT | ISSUE DATE | CLEAR DATE | STAT | WARRANT# |
|---------|-----------|-----------|------|----------|

---

**SOUTHFIELD POLICE DEPT.**
26000 Evergreen, Southfield, MI 48076
Phone: 354-4700

**INCIDENT REPORT**

PAGE 1 OF 5

☐ SUPPRESS ☐ PRIMARY
☐ SUPP ☐ CORR ☐ DELETE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01 | DATE 03.12.95 | DAY SUN | HOUR 1403 | PLATOON 1 085 | BEAT 2 071 | INCIDENT STATUS ☐ CLR ARREST ☐ UNF ☐ CLR EXCEPT ☐ INACT | RUN CLASS 0910 | FA 95T | INCIDENT NUMBER — 8200 |

| 02 | RECEIVED 03.16 | ARRIVED 03.17 | COMPLETED 03.18 | DATES OCCURRED 0500 03.12.94 | | TIMES OCCURRED 03.16 | HOUR 03 | DAY SUN |

03 NATURE OF INCIDENT: DOMESTIC ASSAULT ☒ DOMESTIC ASSAULT / MIC CLASS / SEC CLASS / SSC CLASS

04 LOCATION/ADDRESS (DIRECTION, STREET, SUFFIX, QUALIFIER): 27400 FRANKLIN / LOCATION 2 INTERSECTING STREET / VENUE 6319 / PATROL 02 17 03

05 CITY: SOUTHFIELD / STATE MI / ZIP 48034 / ALERT / COMMENTS LOCATION

06 CCN / CODE 10 / BUSINESS NAME / ADDRESS (DIRECTION, STREET, SUFFIX, QUALIFIER)

07 CITY / STATE / ZIP / ALERT / COMMENTS BUSINESS

08 ERTAL CODE 1000 / POINT OF ENTRY / ATTACK / METHOD OF ENTRY / ATTACK / TOOL / OBJECT / WEAPON / OTHER CHARACTERISTICS

09 TOTAL STOLEN / TOTAL DAMAGED / TOTAL RECOVERED / WEATHER / LIGHTING / INSURANCE COMPANY / LIEN HOLDER / BANK / O U / ALARM

CODES (10) RES (20) HIGHWAY/PUB ST (20) GAS STA (40) CONV STORE (50) BANK (60) INDUST (70) OFFICE (80) COMMERCIAL (90) COMMUNITY—PUB PROPIOTH

CODES (1) REPORTED BY (2) OWNER (3) VICTIM (4) PERS. INTERV. (5) ARRESTED (6) SUSPECT (7) MISSING (8) WITNESS (9) SECURED BY (O) DRIVER (P) PASSENGER

| 10 | CCN 1.34 | CODE | NAME (LAST, FIRST, MIDDLE, SUFFIX) NORMAN ATHALEE SARITA | RACE BLK | SEX F | DOB 10.24.67 | AGE 28 | ETHNIC NON |

11 ADDRESS (DIRECTION, STREET, SUFFIX, QUALIFIER) / CITY / STATE / ZIP / ALERT

12 HOME PHONE / BUSINESS PHONE / V/O NO 23 / REL / INJ / COMMENTS PERSON

| 13 | CCN 46 | CODE | NAME (LAST, FIRST, MIDDLE, SUFFIX) TOLBERT JAMES II | RACE BLK | SEX M | DOB 04.23.69 | AGE 25 | ETHNIC NON |

14 ADDRESS (DIRECTION, STREET, SUFFIX, QUALIFIER) / CITY / STATE / ZIP / ALERT

15 HOME PHONE / BUSINESS PHONE / V/O NO 24 / REL / INJ / HEIGHT / WEIGHT / EYES / HAIR / LENGTH / STYLE / BUILD / SKIN TONE

16 STATE / DRIVER'S LICENSE NUMBER / SOCIAL SECURITY NUMBER / SID (MSS) NO / FBI NO / MISC NO

17 ARREST CHARGE / ARREST DATE / BADGE 1 / BADGE 2 / FN / HSR / HA / DEPT ID NUMBER / COURT CHARGE / DISP / COURT ORI

18 COMMENTS / CLOTHING / ETC. / BREATHALYZER / VIOLATION

CODES (H) HOLD (S) STOLEN (E) EVIDENCE (L) LOST (A) ATTACKED (R) RECOVERED (F) FOUND (C) CONFISCATED (X) IMPOUNDED (V) SUSPECT VEHICLE

19 CCN / CODES / TYPE / OTT / YEAR / MAKE / MODEL / STYLE / COLOR(S) / YEAR / STATE / LICENSE

20 DESCRIPTION / SERIAL / VIN NUMBER / CONDITION / OTHER I.D.

21 STOLEN $ / DAMAGED $ / RECOVERED $ / PROPERTY TAG NUMBER / LOCATION PROPERTY / LEIN REF NO / NIC NO

22 REC BDG / REC BDG / RECOVERY DATE / LEO NOTIFY BDG / NOTIFY DATE / NOTIFY TIME / PERSON / DEPARTMENT NOTIFIED

23 COMMENTS PROPERTY

24 NARRATIVE: WRITER, OFFICER SEELING 7¹ OFFICER TOWN ¹¹⁴ AND SGT

25 ROWLEY WERE DISPATCHED TO A DOMESTIC DISPUTE AT

26 THE ABOVE ADDRESS.

27

28 OFFICER ARRIVED AND HEARD A MALE AND FEMALE

INVESTIGATING OFFICERS: AKUNA 85 / SEELING 76.

CLASS OF 481 1081