# EXHIBIT 22

```
                    STATE OF MICHIGAN
       IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                  )
DETROIT POLICE OFFICER IRA LEE )
TODD, JR.,                         )
                                  )
              Plaintiff,           )      Civil Action
                                  )
          -vs-                     )      No. 08-119322 NZ
                                  )
KWAME KILPATRICK, Individually )
and in his capacity as Mayor      )
of the City of Detroit, and       )
THE CITY OF DETROIT, a Michigan)
municipal corporation, Jointly )
and Severally,                     )
                                  )
              Defendants.          )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _)
```

The Deposition of JAMES W. TOLBERT taken

before me, Sheila D. Rice, CSR-4163, a Notary Public

within and for the County of Wayne, State of Michigan, at

615 Griswold, Suite 822, Detroit, Michigan, on Wednesday,

October 29, 2008.

APPEARANCES:

```
     STEFANI & STEFANI
     512 E. Eleven Mile Road
     Royal Oak, Michigan 48067
       (By Michael L. Stefani, Esq.),
          Appearing on behalf of Plaintiff,
     CITY OF DETROIT LAW DEPARTMENT
     660 Woodward Avenue, Suite 1650
     Detroit, Michigan 48226
       (By June C. Adams, Esq.
       and Sydney R. Turner, Esq.),
          Appearing on behalf of Defendants.
```

        LUZOD REPORTING SERVICE  (313) 962-1176

**Sanford_NSB_017498**

d89aeeac-bd3f-4a06-99fa-7df318448f0c

Page 4

1               THE WITNESS:  I understand.

2               MR. STEFANI:  And I'm going to ask

3       you some questions.  Your lawyers may ask you some

4       questions when I'm done.  If you don't understand

5       any of my questions or they're confusing in any

6       way, feel free to ask me to explain what I mean or

7       to repeat a question.

8                    Is that fair?

9               THE WITNESS:  I understand.

10              MR. STEFANI:  And I'm going to -- if

11      you don't ask me to repeat a question and you just

12      go ahead and answer it, we're going to assume that

13      you understood the question and you answered it

14      truthfully.

15                   Do you understand that?

16              THE WITNESS:  I understand.

17

18                   EXAMINATION

19      BY MR. STEFANI:

20      Q.    Okay.  Would you state your full name for the

21            record, please.

22      A.    James Winston Tolbert.

23      Q.    And your date of birth?

24      ████████████████████████, 1960.

25      Q.    And your place of birth?

Sanford_NSB_017501

d89aeeac-bd3f-4a06-99fa-7df318448f0c