## Index of Exhibits

Ex. 1 – Crim. Ct. Op. 7/19/16

Ex. 2 – *Craft v. Billingslea*

Ex. 3 – *Leslie v. City of Detroit*

Ex. 4 – *Barmapov v. Barry*

Ex. 5 – Preliminary Hearing Trans.

Ex. 6 – Trial Trans. Day 1

Ex. 7 – Trial Trans, Day 2

Ex. 8 – Comp. Hearing Trans.

Ex. 9 – Comp. Report

Ex.10 – Statement 1

Ex. 11 – Statement 2

Ex. 12 – Sketch

Ex. 13 – Opinion

Ex. 14 – *Grise v. Allen*

Ex. 15 – *United States v Stewart*

Ex. 16 – *Lanza v. City of Chicago*

Ex. 17 – Reg. Action