# Plaintiff Davontae Sanford's Response in Opposition to Defendants' Motion for Summary Judgment

## Index of Exhibits

1 – First Statement

2 – Second Statement

3 – Crime Scene Sketch

4 – Vincent Smothers Deposition Transcript

5 – Detroit Police Department Reports re: Runyon Quadruple Homicide

6 – Valerie Glover Deposition Transcript

7 – Vincent Smothers Affidavit, dated 03/06/15

8 – James Tolbert Deposition Transcript

9 – Trial Transcript – Day 1, dated 03/17/08

10 – Evidentiary Hearing Transcript, dated 07/13/10

11 – Davontae Sanford Deposition Transcript

12 – Plaintiff's Interrogatory Responses, dated 02/16/18

13 – Ernest Davis Deposition Transcript

14 – Dale Collins MSP Interview

15 – Davontae Sanford Declaration

16 – Taminko Sanford Consent Form

17 – Davontae Sanford MSP Interview

18 – Michael Russell MSP Interview, dated 11/03/15

19 – Preliminary Hearing Transcript, dated 10/01/07

20 – Michael Russell Deposition Transcript

21 – Schwartz Competency Report

22 – Expert Report of Dr. Jeffrey Aaron

23 – Lynne Schwartz Deposition Transcript

24 – Patrick Muscat Deposition Transcript

25 – Trial Transcript – Day 2, 03/18/08

26 – Sentencing Transcript, dated 04/04/08

27 – Ira Todd Deposition Transcript

28 – Gravier Search Warrant

29 – Vincent Smothers Confession Transcript, dated 04/20/08

30 – Evidentiary Hearing Transcript, dated 05/13/10

31 – Walter Dandridge Deposition Transcript

32 – Promenade Search Warrant

33 – Stipulation of the Parties re: chemist Leonora Brun-Conti

34 – Barbara Simon Deposition Transcript

35 – Motion to Withdraw Guilty Plea, dated 03/13/09

36 – Evidentiary Hearing Transcript, dated 07/21/09

37 – Letter from Wayne County Prosecutor Kym Worthy

38 – Michigan State Police Report re: Runyon Reinvestigation

39 – Christopher Corriveau Deposition Transcript

40 – Crime Scene Sketch Compilation

41 – James Tolbert MSP Interview

42 – Michael Russell MSP Interview, dated 09/11/15

43 – Homicide Charge Request for Vincent Smothers and Ernest Davis

44 – Vacatur and Dismissal Order

45 – MDOC Record

46 – Taminko Sanford Deposition Transcript

47 – Expert Report of James Trainum

48 – Gunshot Residue Report

49 – Plea Form

50 – Defendants' Response to Plaintiff's Fifth Requests for Production

51 – Promenade Search Report

52 – Michigan State Police Ballistics Chart

53 – Vincent Smothers Michigan State Police Interview, dated

54 – Opinion and Order Denying Defendant's Motion to Withdraw Guilty Plea

55 – Brief for Appeal of Denial of Motion to Withdraw Guilty Plea

56 – Renewed Motion to Withdraw Guilty Plea, dated 03/13/09

57 – Expert Report of David Balash

58 – Expert Report of Dr. Allison Redlich

59 – Transcript of Hearing re Motion to Withdraw Guilty Plea, dated 01/07/09

60 – Transcript of Hearing re Motion for Discovery of Exculpatory Evidence, dated 02/27/09

61— Supplemental/ Amended Motion to Withdraw Plea or Correct Invalid Sentence, dated 12/04/08