# Exhibit 17

INTERVIEW OF DAVONTAE SANFORD

August 11, 2015

MSP REPORT 20-900-15

A. Uh, I think so. I'm not, I'm not sure.
Q. Why did you wash them off in a washing machine?
A. I mean, I know I washed clothes that day or the day before. Something like that. So I don't, you know, I don't recall.
Q. Is that, how often did you wash your shoes prior to that?
A. A lot. You know, that –
Q. Was that a regular thing you did?
A. Yeah, wash shoes. Yeah.
Q. All right. So you're in the car. You're giving the explanation about the blood on your shoes, saying it was a dog fight that you broke up.
A. Yeah.
Q. Did that dog fight ever happen?
A. No.
Q. Okay. So what happened when you're going down the freeway?
A. We went to 1300 Beaubien and stuff. I was sitting in the chair beside his desk. He was, uh, talking to me and stuff.

BY DETECTIVE SERGEANT CORRIVEAU:
Q. Are you talking about Sergeant Russell?
A. Yes.
Q. Okay. Was anybody else around?
A. I think, think so. They was probably doing their own thing. And I kept telling them I didn't know nothing. Then he got, he grabbed the camera, his camera and was like this, this

ain't a game, whatever. Four people dead here and he got to show me the pictures or whatever.

Q. Okay. What do you mean? What kind of camera?

A. Uh, small gray camera with the, uh, screen on the front of it. It was in an all gray, like a dark gray case with blue, I think blue (indecipherable) on it. He whipped it out and, uh, the camera was all gray with a screen on it or whatever, just like a digital camera –

Q. Okay.

A. – or whatever and then he like flicked through the pictures.

Q. He showed them to you?

A. Yes.

Q. So what did you see?

A. Uh, dead bodies, you know.

Q. What do you mean? What? What did you see specifically?

A. I seen pictures of like dead bodies. The last picture, like, I remember this, you know, like the last picture he showed me was the picture of, uh, Michael. That was the last picture.

Q. How do you know?

A. I mean, because I seen the pictures. They was like in my discovery packet and things like that. So –

Q. So what was the picture of Michael?

A. His dead body in the chair or whatever. So, like ...

BY DETECTIVE SERGEANT DONAHUE:

Q. How many pictures did you see?

A. Uh, maybe five or six pictures. You know, he was just like going through and would just like you know, this, this is serious, you know. So he was just like, so maybe I don't know, five or six.

Q. Were you looking at them?

A. Uh, yeah.

Q. You actually looked at the pictures?

A. Yeah, I looked at, I looked at the pictures.

Q. What were your thoughts at that time, your feelings?

A. Uh, nervous, scared. Like whoa because I never, you know, seen something like that before, you know. I never, you know, like so to, to see those pictures was, it was like, you know.

Q. What, what do you remember about the pictures? Were they, what kind, what was shown in the pictures?

A. Uh, mainly it was pictures, uh, how the bodies and things like that were, just like I remember seeing the two, the pictures of the two people laying on the floor and it, and a picture of the guy on the couch and things like that. But I do remember, you know, like the last picture.

Q. Any close ups?

A. Um, somewhat. Like not close, close up, but they was close where you can, where you can see, you know, some things

Q. What were you saying?
A. Uh, I just kept saying like I don't know, what I was telling them when I was at home, you know. I don't know.
Q. And then what happened?
A. Uh, he got a piece of paper with a pen. He drew the –
Q. What did he say when he cut them off?
A. No, he was just like hold on. And he grabbed and drew the diagram, the little diagram of the couches and stuff.
Q. What did he draw?
A. The box. He drew the couch and things of that in the house. He drew the entrance of the house. And he was like, uh, tell me where the, where the bodies is at.
Q. Who is he?
A. The captain.
Q. He said that?
A. Yeah, he gave me the pen and was like draw me, tell me where the bodies is at. You know? And I had just seen the pictures, you know. So it was ... yeah.

BY DETECTIVE SERGEANT CORRIVEAU:
Q. That looks familiar?
A. Yeah.
Q. Okay, what did he draw?
A. He drew everything –
Q. Okay, meaning everything? What's everything?

A. That, that, the only thing I drew was the bodies. Everything else he drew.

Q. Okay, so point to me on here what, what you drew.

A. That, that, the bodies, where the bodies was at. That was it.

Q. Okay, did you draw this line?

A. No.

Q. This?

A. No.

Q. This?

A. No.

Q. This?

A. No.

Q. Did you draw this couch or whatever this is?

A. No.

Q. Did you draw this?

A. No.

Q. This door or whatever this is?

A. No.

Q. None of that.

A. No.

Q. Okay.

A. I just drew where the bodies was at.

BY DETECTIVE SERGEANT DONAHUE:

Q. Okay. So tell me about drawing the bodies.

A. He, he asked me where the bodies was at. I had just seen the pictures, you know. And I drew where the bodies was at, you know. Uh -

Q. Who else was around when he, you were looking at those pictures?

A. Other detectives, but they wasn't like around when he was like showing me the pictures. They was like just, I guess, in and out of the office doing whatever they was doing.

Q. Was it just you and Sergeant Russell looking at the pictures?

A. Yeah.

Q. There was nobody else there but him?

A. Yeah. When he showed me the pictures, there was nobody else, like there was other people around, but there wasn't anybody else to see him -

Q. Paying attention?

A. Yeah, yeah, yeah. Showing like, showing me the pictures, like -

Q. Okay. So you drew those bodies.

A. Yeah.

Q. Based on what?

A. The pictures. The pictures.

BY DETECTIVE SERGEANT ROTI:

A. No.

Q. - that you had been involved in it up until that point when you -

A. No, I don't -

Q. - drew those figures on there?

A. - think so.

BY DETECTIVE SERGEANT DONAHUE:

Q. Just out of the blue the captain comes over. You were denying, denying, denying. And then all of the sudden, the captain throws a pen at you and says, he draws the box and everything else and he says draw where the bodies are?

A. I mean -

Q. I mean, out of the blue?

A. After what I had just saw, you know, as far as like the pictures and stuff like that, then by him telling me, you know, there was blood on my shoes and stuff like that, I got like scared and nervous. You know, Sergeant Russell kept telling me, like you know, come on, hurry up; let's get this over with so I can take you home; you know, let's hurry up, let's go; let's get this over with.

Q. So what we're asking you is prior to you drawing that, that, prior to that drawing being made, had you told them that you were involved in shooting the house, in shooting up at the house?

A. No, I don't think so. No.

Q. Are you sure?

A. Yeah, I don't –

Q. why would he do that?

A. Yeah, I don't, I don't know. I'm not, you know, it was a whole bunch, like a whole lot of stuff like going on at that time. So I don't, I'm not quite, like, sure of what was going on.

BY DETECTIVE SERGEANT DONAHUE:

Q. Had they accused you of being at the shooting at that point?

A. I think Sergeant Russell kept saying, uh, I know more than, than, than I'm telling or something like. You know, like I know what happened and stuff like that. He was just like, you know, tell the truth; come on; let's get this over with so I can take you back home; I promised your mom I was going to bring you back home; come on, let's get this over with. You know, then like after seeing, you know, him saying there was blood on my shoes, after seeing the pictures, you know, like, I got scared. So, you know?

Q. Yeah. Okay, so you draw the bodies in?

A. Uh, I think that's when I gave the, the statement.

Q. You did a second statement?

A. Yeah, I gave the second statement to Sergeant Russell.

Q. Tell me about that. Where were you at when you gave the

A. Yes.

Q. I was shooting the mini .14 through the front window. Everyone shot their gun at the house from the outside. Do you remember making that statement?

A. Yes.

Q. Is any of it true?

A. No.

Q. We all ran up on the porch and went inside. I saw Milk Dud sitting in a chair that was kind of in front of the door. Another guy was sitting on the couch in front of the window. The guy and the lady were on the floor. Do you remember making that statement?

A. Yes.

Q. Is it even true?

A. No.

Q. How do you know what was going on there? You gave a very specific detailed description of the inside of the house.

A. Because when I was like giving the statement, I would say like certain things like who was driving or who ran what way, things like that. And he would like no, you're lying. So I would keep saying things until he was like okay, just be honest; tell the truth and like move on to the next question or the next detail in the statement, you know, until the statement was over. So basically, like that's, that's how that went when I gave the second statement.

A. Yes, not true.

Q. Cary and Tone-Tone shot Milk Dud, period. Are those your words?

A. Yes, not true.

Q. Everyone ran out of the house and Tone, Tone-Tone, and me, I can't read that correction, got in the car with Lowes and drove off. Your words?

A. Yes, not true.

Q. Me and Cary ran up towards State Fair and someone across the street started busting at us. Your words?

A. Yes, not true.

BY DETECTIVE SERGEANT CORRIVEAU:

Q. Where did you get that idea from?

A. When, like that whole statement, like when, you know, I, I would say certain things and he'd be like no, it couldn't happen like that; things like that. He would throw different things out there and I would just say okay -

Q. But I mean, that particular, let me tell you, let me ask you so what did you say?

A. He, uh, as far as like, he would ask who ran what, like when ya'll came out, what way did you run, you know. If I would say well, we ran the opposite way, no, ya'll couldn't have ran that way or whatever. I was like well, we ran this way. All right. Not, you know, you being honest or you being

know I was probably at home.

Q. Who else was home with you at that time?

A. Uh, me, my grandmother, my little sister, and my mother.

Q. Would they all have been home at that time?

A. Yeah.

Q. Okay. Did you murder Michael Robinson or any of the other three victims in the Runyan house on September 17, 2007?

A. No.

Q. Did you have anything to do with that incident, with that shooting?

A. No, had no knowledge of it. It happened in, don't know why it happened. I don't know who did it or why.

Q. Were you anywhere in the vicinity of the Runyan Street house where that shooting occurred?

A. No.

Q. Were you walking by when it happened?

A. No, nothing.

BY DETECTIVE SERGEANT ROTI:

Q. Why did you, why are we here?

A. Today?

Q. Yeah. Why are we here today if you had nothing to do with this, with this at all?

A. The fact, you know, I did, I did sign a statement, you know, saying like I did do it. But that got -

Q. Yeah, but why? That's -

A. I wanted to go home. I mean, like I was, like, I got scared. You know? Like I wanted to go home. So he kept rushing me like come on, come on, let's get this over with; I'm going to take you home. You know, he -

Q. Did you not realize how important it was?

A. No, I didn't. I didn't. Like at that time, you know, I, now I know. I understand like how, how important it was and the consequences thing it's behind, like those type of actions. But then I didn't know. You know? I just, I just wanted to go home. He kept rushing come on, come on, hurry up; let's go home. That's the only, like that's the only reason why, you know, like I signed the statement. You know, I know people say well, what you, you took a plea agreement. You know, I didn't want to get life in prison. You know, I, I, my mother told me to take the plea agreement, you know. Okay, that's my mother, you know. You know, she knows best. So I, I took the plea agreement, you know. I didn't know nothing.

BY DETECTIVE SERGEANT CORRIVEAU:

Q. Did you tell her that you didn't do it?

A. Yeah. Yeah, but I mean, it was, when you, when you have, uh, she was going through a whole lot at the time, you know. And on top of that, she had people in her hear, you know,

tell us that we asked you? Okay? All right because this is it. You can't, you understand that, right?

A. I understand.

Q. Okay. Anything else? Okay. Counselors? Satisfied?

MS. NEWMAN: All right, thank you.

MS. CRANE: Yeah, if you're satisfied -

DETECTIVE SERGEANT DONAHUE: We're going to stop recording now.

(At unknown time, proceeding finished)

**************

STATE OF MICHIGAN )
) ss.
COUNTY OF LIVINGSTON)

I certify that this transcript, consisting of 202 pages, is a complete, true and accurate transcript of the proceedings and testimony taken in this case on August 11, 2015.

KRISTI COX, CER5451
224 North First Street
Brighton, MI 48116
(810) 229-6615

Dated: September 14, 2015.