# Exhibit 48

DETROIT
DEPARTMENT
POLICE

# LABORATORY ANALYSIS

| | LAB NO. |
|---|---|
| | B07-0631 |
| | CRISNet NO. |
| | 0709180002 |

| RECEIVED BY | DATE | TIME | DELIVERED BY | PRECT/SECT |
|---|---|---|---|---|
| Christopher Steary | 12-19-07 | 12:15 pm | Inv. Frazer Adams | Homicide |

| REFERENCE |
|---|
| Fatal Shootings: M. Robinson, N. Chapman, B. Dixon, D. McNoriell    HF #07-305/306/307/308 |

| CASE OFFICERS | PRECT/SECT | TECHNICIAN ASSIGNED | DATE STARTED | DATE COMPLETED | HOURS |
|---|---|---|---|---|---|
| Inv. Barbara Simon | Homicide | Wm. Steiner | 12-19-07 | 01-09-08 | |

## FORENSIC SERVICES REPORT
## BIOLOGY and GUNSHOT RESIDUE

**ET# E242201-04** - Taken from **DAVONTAE SANDFORD** at f/o 19741 Runyon.

A    GSR Kit #5038 was submitted, consisting of three aluminum SEM sampling stubs labeled Right Web, Left Web, and Forehead/Face.

Significant amounts of Lead, Barium, and Antimony were **not** detected on any of the sampling stubs from **DAVONTAE SANDFORD**.

The following five Items were delivered to Forensic Services on 12-20-07 at 11:00 am by Inv. Frazer Adams, and were received by Wm. Steiner.

**ET# E245801-04** - Taken from "B/R Closet" at 19700 Beland.

B    A black T-shirt (Basic Wears brand, size 6XL) was submitted.
No bloodstains were observed.

Shirt was sampled for the presence of Gunshot Residue on the chest and abdomen. Significant amounts of Lead, Barium, and Antimony were **not** detected in either area.

**ET# E245800-04** - Taken from "B/R Closet" at 19700 Beland.

C    A pair of black twill pants (Dickies brand, size 32 x 34) was submitted.
Rust-red stains on the left leg were tested for the presence of blood.
Preliminary Testing:  BLOOD  _Negative_

Pants were sampled for the presence of Gunshot Residue on the right thigh and left thigh. Gunshot Residue was **detected** on both thighs.

DETROIT
DEPARTMENT
POLICE

# LABORATORY ANALYSIS

| Page No. 2 | | LAB NO.<br>B07-0631 |
| --- | --- | --- |

**ET# E245789-04** - Taken from "North Bedroom" at 5099 Van Dyke.

D     A pair of black denim shorts with pink stitching (Lr Geans brand, size 38) was submitted. No bloodstains were observed.

Shorts were sampled for the presence of Gunshot Residue on the right thigh and left thigh. Significant amounts of Lead, Barium, and Antimony were **not** detected on either thigh.

**ET# E245788-04** - Taken from "North Bedroom" at 5099 Van Dyke.

E     A pair of black denim jeans (Girbaud, size 40) was submitted.
No bloodstains were observed.

Jeans were sampled for the presence of Gunshot Residue on the right thigh and left thigh. Significant amounts of Lead, Barium, and Antimony were **not** detected on either thigh.

**ET# E245787-04** - Taken from "North Bedroom" at 5099 Van Dyke.

F     A pair of black denim jeans (Girbaud, size 40) was submitted.
No bloodstains were observed.

Jeans were sampled for the presence of Gunshot Residue on the right thigh and left thigh. Particles consistent with Gunshot Residue were **detected** on the left thigh, however the quantity of particles was insufficient for confirmation.

The following two items were delivered to Forensic Services on 10-05-07 at 12:30 pm by Sgt. David Moore, and were received by Mikehl Hafner.

**No Tag** - Collected at W.C.M.E.O.

G     A tube of blood labeled "07-08940 Robinson, Michael" was submitted.
A sample was prepared and stored for possible future DNA typing; remainder discarded.

**DETROIT DEPARTMENT POLICE**

# LABORATORY ANALYSIS

| | |
|---|---|
| Page No. 3 | LAB NO. B07-0631 |

**No Tag** - Collected at W.C.M.E.O.

H    A tube of blood labeled "07-08941  Unknown Person" (tentatively identified as Nicole Chapman) was submitted.  A sample was prepared and stored for possible future DNA typing; remainder discarded.

The following two items were delivered to Forensic Services on 10-11-07 at 10:15 am by Sgt. David Moore, and were received by Mikehl Hafner.

**No Tag** - Collected at W.C.M.E.O.

I    A tube of blood labeled "07-08942  Unknown Person" (tentatively identified as Brian Dixon) was submitted.  A sample was prepared and stored for possible future DNA typing; remainder discarded.

**No Tag** - Collected at W.C.M.E.O.

J    A tube of blood labeled "07-08943  Unknown Person" (tentatively identified as Deangelo McNoriell) was submitted.  A sample was prepared and stored for possible future DNA typing; remainder discarded.

**TESTING METHODS:**

Gunshot Residue (GSR) - Scanning Electron Microscopy/Energy Dispersive Spectroscopy (SEM/EDS)
Tetramethylbenzidine - presumptive test for the presence of blood

**DISPOSITION of EVIDENCE:** to Property Control, except as noted.

**WILLIAM STEINER**
Forensic Chemist
Forensic Biology/Trace Evidence
Forensic Services
Date Report Issued: 1.9.08        Initials: WS

Sanford_NSB_014581