# Exhibit 49

| STATE OF MICHIGAN<br>THIRD JUDICIAL COURT<br>CRIMINAL DIVISION | PRETRIAL<br>SETTLEMENT OFFER<br>AND NOTICE OF ACCEPTANCE | CASE NO. 07-15018<br>PROS. WAR. NO. _____ |
|---|---|---|

| THE PEOPLE OF THE STATE<br>OF MICHIGAN | V. | Defendant's Name  Davontae Sanford |
|---|---|---|
| | | SID | LPD |

### PRETRIAL SETTLEMENT OFFER

☐ No charge reduction      ☒ Charge reduction

| COUNT: SPECIFY CHARGE(S) | PACC | ATTEMPT 750.92 | STATUTORY MAXIMUM PENALTY |
|---|---|---|---|
| 1 | Murder Second Degree | 750.317 | | up to life |
| 2 | Murder Second Degree | 750.317 | | " |
| 3 | Murder Second Degree | 750.317 | | " |
| 4 | Murder Second Degree | 750.317 | | " |
| 4 | Felony Firearm | 750.227B-A | | 2 years cons |

☒ Sentence Agreement   ☒ Agree to Guideline Sentence   ☐ Sentence Recommendation

- Grid D III ~~RPSP~~ Guidelines Grid + 2 for Felony Firearm
in MDOC (using 2007 Scoring Guidelines)
< 2 years consecutive) – Agreement to provide full, truthful and honest
testimony in any proceeding regarding these murders in the future

☐ People agree to PA 511 sentence      ☐ People object to PA 511 sentence      ✗T.S.
☒ Sentence is mandatorily consecutive by law to Felony Firearm
☐ People agree to withdraw notice to enhance sentence.
☒ Dismiss Counts 5-10 _____ in exchange for plea in this case.
☐ Other prosecutorial agreement _____

3/18/08                                   DS 1482
Date          [signatures]         Prosecuting Attorney

### NOTICE OF ACCEPTANCE

**I HEREBY ACCEPT THE ABOVE PRETRIAL SETTLEMENT OFFER AND WAIVE THE FOLLOWING RIGHTS:**

1. THE RIGHT TO A JURY TRIAL OR TRIAL BY THE COURT WITH THE PROSECUTOR'S CONSENT.
2. THE RIGHT TO BE PRESUMED INNOCENT UNLESS PROVEN GUILTY BEYOND A REASONABLE DOUBT.
3. THE RIGHT TO CONFRONT AND QUESTION THE WITNESSES AGAINST ME.
4. THE RIGHT TO HAVE THE COURT COMPEL WITNESSES TO COME TO COURT AND TESTIFY FOR ME.
5. THE RIGHT TO TESTIFY AT MY TRIAL. THE RIGHT TO REMAIN SILENT AND NOT HAVE MY SILENCE USED AGAINST ME.
6. THE RIGHT TO CLAIM MY PLEA WAS THE RESULT OF PROMISES OR THREATS NOT DISCLOSED TO THE COURT, OR THAT IT WAS NOT MY CHOICE TO PLEAD GUILTY.
7. THE RIGHT TO APPEAL AS OF RIGHT AS TO CONVICTION AND SENTENCE.

Davontae Sanford     3/18/08                    [signature]              3/18/08
Defendant             Date                     Defense Attorney          Date

Form #71 (5/98)       Distribution:  Pink—Defense Attorney
                      White—Court File
                      Yellow—Prosecutor

**Sanford_NSB_002798**