# Exhibit 51

# DETROIT POLICE DEPARTMENT FOLLOW-UP REPORT

DETROIT POLICE DEPARTMENT

Case No. 0804200152
Report No. 0804200152.1
Report Date: 4/20/2008

**1**
Page 1 of 2

| | | |
|---|---|---|
| Subject: | HOMI-HOMI-EXECUTION OF SEARCH WARRANT WITH EVIDENCE | |

| | | | | | |
|---|---|---|---|---|---|
| Case Report Status | A - APPROVED | Date Entered | 4/20/2008 11:05:25 AM | Reporting Officer | 234257 - MACKIE, SAMUEL |
| County | 82 - WAYNE | Entered By | 234257 - MACKIE, SAMUEL | | |
| City/Township | 99 - DETROIT | Date Verified | 7/7/2008 11:21:41 AM | | |
| | | Verified By | 233715 - MILES, OCTAVEIOUS | Assisted By | 236881 - ROBINSON, DWAYNE |
| Occurred On | 4/20/2008 5:30:00 AM | Date Approved | 7/7/2008 11:21:46 AM | | |
| (and Between) | | Approved By | 233715 - MILES, OCTAVEIOUS | Assist Agency | |
| Location | 14457 PROMENADE | Connecting Cases | | | |
| CSZ | | Disposition | ACTIVE | | |
| Census/Geo Code | 5389 | Tactical Actions | | | |
| Grid | E2 - 0502 | Clearance Reason | | | |
| Call Source | OTHER | Date of Clearance | | | |
| Vehicle Activity | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Traveling | | Division | HOMICIDE SECTION | | |
| Cross Street | | Notified | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

Report Narrative

SGT. SAMUEL MACKIE S-1128 HOMICIDE CODE 2713 (WRITER)
SGT. KEVIN HANUS S-380 HOMICIDE CODE 2715
P.O. DWAYNE ROBINSON 4551 VIOLENT CRIMES TASK FORCE

A: NONE
S: EXECUTION OF SEARCH WARRANT AT 14457 PROMENADE
C: WRITER AND PARTNER, SGT. HANUS, ALONG WITH MEMBERS OF THE VIOLENT CRIMES TASK FORCE EXECUTED A SEARCH WARRANT AT 14457 PROMENADE. AFTER GAINING ENTRY, A SEARCH OF THE DWELLING WAS CONDUCTED. WRITER ALONG WITH P.O. ROBINSON SEARCHED THE NORTH EAST BEDROOM LOCATED ON THE FIRST FLOOR AND DISCOVERED A BLACK EVEREST BRAND OVER-SIZED DUFFLE BAG UNDER THE BED. A SEARCH OF THE BAG RESULTED IN THE FOLLOWING ITEMS BEING SEIZED AND PLACED ON EVIDENCE AS LISTED BELOW.
O: THE FOLLOWING ITEMS WERE PLACED ON EVIDENCE:
E27650404-BLACK DRUM GUN MAGAZINE WITH 49 LIVE ROUNDS OF WOLF 7.62X39 AMMO
E27650504-UNKNOWN TYPE GUN MAGAZINE BLACK IN COLOR
E27650604-BLACK GUN MAGAZINE WITH 6 LIVE WIN .380 AUTO ROUNDS
E27650704-SPRINGFIELD ARMORY GUN MAG WITH 12 LIVE ROUNDS OF 40 SW AMMO
E27650804-SPRINGFIELD ARMORY 45 ACP GUN MAGAZINE WITH 13 ROUNDS OF AMMO
E27650904-SPRINGFILED ARMORY XP45 CAL BSA SN#US673980 WITH 13 ROUNDS IN MAGAZINE AND 1 ROUND IN CHAMBER
E27651004-HWC HANDCUFFS SN#111564
E27651104-BIANCHI SHOULDER HOLSTER BLACK CLOTH
E27651204-GALCO BLACK MOLDED HANDGUN HOLSTER
E27651304-EVEREST BLACK OVERSIZED DUFFLE BAG
E27651404-WHITE NYLON ROPE WITH POSSIBLE HUMAN HAIR ON IT
E27651504-BLACK MECHANIZ WEAR RIGHT GLOVE
E27651604-GUNMATE SHOULDER HOLSTER BLACK CLOTH
E27651704-SPRINGFIELD ARMORY XP 40 CAL BSA WITH GRAY SLIDE SN#US429660 WITH 12 ROUNDS IN MAGAZINE AND 1 IN CHAMBER
E27651804-GALCO BLACK MOULDED HANDGUN HOLSTER
E27651904-DIRTY WHITE POINT BLANK BODY ARMOR CARRIER
E27652004-(7) SIG WINCHESTER .357 LIVE ROUNDS OF AMMO IN SQUARE REMINGTON BOX
E27652104-CCI BLAZER 25 AUTO AMMO 14 GRAY 1 GOLD
E27652204-BOX OF WINCHESTER 38 SPECIAL LIVE AMMO CONTAINING 45 ROUNDS
E27652304-BOX OF WOLF 9MM LUGER CONTAINING 8 LIVE ROUNDS
E27652404-BOX WITH 16 WOLF BRAND 7.62X39 BOXES OF AMMO WITH 20 ROUNDS IN EACH BOX
E27652504-WINCHESTER 2 3/4 RED COLORED LOW RECOIL SHOTGUN ROUND
E27652604-(2) 7.62X39 WOLF LIVE ROUNDS
E27652704-(1) WIN .380 LIVE ROUND
E27652804-ALDI BRAND GROCERY BAG
T: SEE ABOVE

NetRMS_MICR.rtf v2f

Printed For:
Sanford_MSP_006092

# DETROIT POLICE DEPARTMENT FOLLOW-UP REPORT

DETROIT POLICE DEPARTMENT

Case No. **0804200152**
Report No. **0804200152.1**
Report Date: **4/20/2008**

**2**

Page 2 of 2

## Offense Detail: 0990 - MURDER - INFORMATION

| | | |
|---|---|---|
| Offense Description | **0990 - MURDER - INFORMATION** | |
| IBR Code | | Location: **20 - RESIDENCE/HOME** |
| IBR Group | | Offense Completed? **YES** |
| Crime Against | | Hate/Bias: **00 - NONE (NO BIAS)** |
| Offense File Class | **99009 -** | Domestic Violence: **NO** |
| PACC | | |
| Local Code | | |
| Using | | |
| Criminal Activity | | |
| Weapons | | |

No. Prem. Entered
Entry Method
Type Security
Tools Used

NetRMS_MICR.rtf v2f

**Sanford_MSP_006093**