UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVONTAE SANFORD,

       Plaintiff,

v.

MICHAEL RUSSELL and JAMES TOLBERT,

       Defendants.

       Case Number 17-13062
       Honorable David M. Lawson

_____/

## ORDER CANCELING HEARING AND STAYING PROCEEDINGS ON MOTION FOR SANCTIONS

On June 3, 2019, the defendants filed a notice of appeal of the Court's ruling denying their motion for summary judgment based in part on qualified immunity. Subsequently, the plaintiff filed a motion seeking sanctions against defendants' counsel for certain misrepresentations allegedly made during the course of the proceedings before this Court and on appeal. The Court previously scheduled the motion for a hearing, but now finds that it presents some issues that could be impacted by the outcome of the appeal. The Court therefore will cancel the scheduled hearing and stay the proceedings on the motion for sanctions pending the final disposition of the defendants' appeal.

Accordingly, it is **ORDERED** that the motion hearing set for January 23, 2020 is **CANCELED** and the proceedings on the plaintiff's motion for sanctions are **STAYED** pending the outcome of the defendants' appeal.

       s/David M. Lawson
       DAVID M. LAWSON
       United States District Judge

Date: January 3, 2020