UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVONTAE SANFORD,

        Plaintiff,　　　　　　　　　　　　　　Case Number 17-13062
v.　　　　　　　　　　　　　　　　　　　　Honorable David M. Lawson

MICHAEL RUSSELL and JAMES
TOLBERT,

        Defendants.
_____/

### ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE

        This matter is before the Court on the defendants' motion for leave to file a supplemental response in opposition to the plaintiff's motion for sanctions, which was filed in October 2019, while the matter was pending on appeal. The defendants seek to supplement their opposition filed on November 1, 2019 with materials including correspondence between counsel and other information that purportedly post-dated the initial response. However, the Court notes that the issues presented in the motion for sanctions overlap significantly with those raised in the defendants' recently filed motion to add additional witnesses and authorize additional DNA testing of a shoe that was recovered by police at the plaintiff's home. The Court finds that the ground covered by the related motions adequately has been developed by the parties' prior labors, and further cumulative briefing would not aid the Court's deliberations on the competing requests for relief.

        Accordingly, it is **ORDERED** that the defendants' motion for leave to file a supplemental response (ECF No. 360) is **DENIED**.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
Dated: June 25, 2020　　　　　　　　　　　　United States District Judge