UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**DAVONTAE SANFORD**,

        Plaintiff,

vs.

**MICHAEL RUSSELL** and **JAMES TOLBERT**, in their individual capacities, jointly and severally,

        Defendants.

Case No. 17-cv-13062
Hon. David M. Lawson
Magistrate Judge R. Whalen

> **STIPULATION TO PROTECTIVE ORDER REGARDING *GARRITY* STATEMENTS PROVIDED IN DETROIT INTERNAL AFFAIRS FILE #19-063**

---

**NEUFELD SCHECK & BRUSTIN, LLP**
By: Barry Scheck
    Nick Brustin
    Emma Freudenberger
    Meghna Philip
    Bettina Roberts
    Amelia Green
    Len Kamdang
*Attorneys for Plaintiff*
99 Hudson Street, 8th Floor
New York, New York 10013
P: (212) 965-9081
F: (212) 965-9084
E: barry@nsbcivilrights.com
   nick@nsbcivilrights.com
   emma@nsbcivilrights.com
   meghna@nsbcivilrights.com
   bettina@nsbcivilrights.com
   amelia@nsbcivilrights.com
   lkamdang@nsbcivilrights.com

**CITY OF DETROIT LAW DEPARTMENT**
By: Jerry L. Ashford (P47402)
    Krystal A. Crittendon (P49981)
    Brandon McNeal (P81300)
*Attorneys for Defendants*
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
P: (313) 237-3089
F: (313) 224-5505
E: ashfj@detroitmi.gov
   critk@detroitmi.gov
   mcnealb@detroitmi.gov

| | |
|---|---|
| **GOODMAN HURWITZ & JAMES, P.C.**<br>By: William H. Goodman (P14173)<br>    Julie H. Hurwitz (P34720)<br>    Kathryn Bruner James (P71374)<br>    Huwaida Arraf (NY 4707220)<br>*Attorneys for Plaintiff*<br>1394 East Jefferson Avenue<br>Detroit, Michigan 48207<br>P: (313) 567-6170<br>E: bgoodman@goodmanhurwitz.com<br>    jhurwitz@goodmanhurwitz.com<br>    kjames@goodmanhurwitz.com<br>    harraf@goodmanhurwitz.com | **SEWARD HENDERSON PLLC**<br>By: T. Joseph Seward (P35095)<br>    Michael T. Berger (P77143)<br>    Michael A. Knoblock (P77544)<br>*Attorneys for Defendants, Russell and Tolbert and Non-Party Detroit*<br>210 East 3rd Street, Suite 212<br>Royal Oak, Michigan 48067<br>P: (248) 733-3580<br>F: (248) 733-3633<br>E: jseward@sewardhenderson.com<br>    mberger@sewardhenderson.com<br>    mknoblock@sewardhenderson.com |

## STIPULATION TO PROTECTIVE ORDER REGARDING *GARRITY* STATEMENTS PROVIDED IN DETROIT INTERNAL AFFAIRS FILE #19-063

The parties and the Non-Party City of Detroit, by and through their respective counsel, hereby stipulate that as part of the City of Detroit's Internal Investigation #19-063, the City obtained *Garrity* statements from Michael Russell, DeShaune Sims, Michael Chambers, Dietrich Lever, Ira Todd, and Jamal Hamood. Pursuant to Mich. Comp. Law § 15.395, involuntary law enforcement statements are confidential communications that are not to be open to public inspection. However, under subsection (d), in a civil action, the Court may enter a protective order to preserve, through reasonable means, the confidentiality of involuntary statements. Therefore, the parties stipulate to the entry of a protective order stating the following:

(1) The City of Detroit will produce to Plaintiff, through his counsel, a copy of all of the aforementioned *Garrity* statements;

(2) Those statements are to be designated "CONFIDENTIAL;"

(3) The *Garrity* statements may only be disclosed to the following persons and only to the extent necessary for the litigation of this action:

   a. Counsel for Plaintiff, Plaintiff, counsel for Defendants, Defendants, the persons who provided the *Garrity* statements, and any support staff of such counsel assisting in this action;

   b. The Court and its personnel, including court reports;

   c. Expert witnesses or consultants retained by the parties, subject to the confidentiality requirements of this Protective Order;

   d. Any appellate court and its personnel, in the event of any appeal.

(4) A party wishing to file any *Garrity* statement governed under this protective order with the Court must move to file that document under seal.

(5) This Order does not, by itself, authorize the filing of any document under seal. Any party wishing to file a document containing the *Garrity* statements covered by this order must comply with Local Rule 5.3.

(6) The *Garrity* statements governed under this order and all copies thereof must be returned to the City of Detroit upon the final disposition of this action or the individual party that received those items must certify to the City of Detroit that they were destroyed.

Approved as to Form:

| | |
|---|---|
| /s/Emma Freudenberger (w/ permission) | /s/ T. Joseph Seward |
| **NEUFELD SCHECK & BRUSTIN, LLP** | **SEWARD HENDERSON PLLC** |
| By: Emma Freudenberger | By: T. Joseph Seward (P35095) |
|     Nick Brustin |     Michael T. Berger (P77143) |
|     Bettina Roberts | *Attorneys for Defendants,* |
|     Amelia Green | *City of Detroit, Michael Russell* |
| *Attorneys for Plaintiff* | *and James Tolbert* |
| 99 Hudson Street, 8th Floor | 210 East 3rd Street, Suite 212 |
| New York, New York 10013 | Royal Oak, Michigan 48067 |
| P: (212) 965-9081 | P: (248) 733-3580 |
| F: (212) 965-9084 | F: (248) 733-3633 |
| E: emma@nsbcivilrights.com | E: jseward@sewardhenderson.com |
|    nick@nsbcivilrights.com |    mberger@sewardhenderson.com |
|    bettina@nsbcivilrights.com | |
|    amelia@nsbcivilrights.com | |