UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVONTAE SANFORD,

            Plaintiff,            Case Number 17-13062
v.                                           Honorable David M. Lawson

MICHAEL RUSSELL and JAMES TOLBERT,

            Defendants.
_____/

**ORDER OF DISMISSAL**

On March 14, 2022, the Court held a status conference with counsel for the parties. During the conference the parties reported that they had reached an agreement to resolve all of the claims in this matter, but the settlement was contingent on approval by the Detroit City Council. On March 22, 2022, the parties informed the Court that the City Council had approved the settlement. Payment of the settlement funds has not been made, however. The Court has reviewed the record of the proceedings and finds that there are no outstanding issues that require further attention or supervision from the Court except for the actual settlement payment. Those funds will be coming from the City of Detroit. The Court is satisfied that the parties have achieved a negotiated resolution of the case. The case therefore will be dismissed without prejudice. The Court will allow a suitable period for any party to apply to reopen the matter to enforce the terms of the settlement, in case any difficulties arise during performance.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before June 30, 2022**.

It is further **ORDERED** that the parties must notify the Court when the settlement payment has been made, after which they may apply to convert this dismissal into one with prejudice.

It is further **ORDERED** that the plaintiff's motion regarding voir dire procedures and use of a jury questionnaire (ECF No. 419) is **DISMISSED** as moot.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   March 31, 2022