UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVONTAE SANFORD,

        Plaintiff,                            Case Number 17-13062

v.                                              Honorable David M. Lawson

MICHAEL RUSSELL and JAMES TOLBERT,

        Defendants.

_____/

### FINAL ORDER OF DISMISSAL

Pursuant to the stipulation of the parties (ECF No. 427), it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs, interest, sanctions, damages or attorney fees to any party.

                                                         s/David M. Lawson
                                                         DAVID M. LAWSON
                                                         United States District Judge

Dated:  June 1, 2022